[Criminal No. 149.]

GEORGE W. WRIGHT et al., Appellants, v. TERRITORY
OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial
District in and for the County of Graham.   F. M. Doan,
Judge.

E. J. Edwards, Moorman & McFarland, and Joseph Camp-
bell, for Appellants.

C. F. Ainsworth, Attorney-General, and Wiley E. Jones,
District Attorney, for Respondent.

January 26, 1901.   Affirmed.

[Civil No. 696.]

THE GILA BEND RESERVOIR AND IRRIGATION
COMPANY, Appellant, v. PEORIA CANAL COM-
PANY, and ARIZONA CONSTRUCTION COMPANY,
Appellees.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa.   Webster Street,
Judge.

J. B. Woodward, and Joseph H. Kibbey, for Appellant.

John S. Stevens, and Thomas Armstrong, Jr., for Appellees.

January 26, 1901.   Affirmed.

[Civil No. 751.]

In the Matter of the Guardianship of the Persons and Estate
of HUGO ZECKENDORF, and HELENITA ZECKEN-
DORF, formerly Minors.

APPEAL from the District Court of the First Judicial
District in and for the County of Pima.   George R. Davis,
Judge.

Rochester Ford, for Minors.

S. M. Franklin, for Guardian.

January 26, 1901.   Dismissed.